THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. ROCHE, | CASE NO. C25-2109-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WERNER CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time to file an answer (Dkt. No. 10). Based on the stipulation, the Rule 12(a) deadline is EXTENDED to December 1, 2025.

DATED this 14th day of November 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER C25-2109-JCC
PAGE - 1