THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. ROCHE, | CASE NO. C25-2109-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WERNER CO., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for referral of this case to a Magistrate Judge (Dkt. No. 15.) Finding good cause, the Court REFERS the matter to the Honorable Mary Alice Theiler, United States Magistrate Judge, for the limited purpose of conducting a settlement conference. The parties should contact the Magistrate Judge Clerks email at magclerkssea@wawd.uscourts.gov to schedule. The conference will be ***in person***. The Rule 26(f) conference and initial disclosure deadline is EXTENDED to 14 days after the date of the conference and a Rule 26 joint status report to the Court is EXTENDED to 30 days after the date of the conference.

//

MINUTE ORDER
C25-2109-JCC
PAGE - 1

DATED this 23rd day of December 2025.

                                              Ravi Subramanian
                                              Clerk of Court

                                              s/Kathleen Albert
                                              Deputy Clerk