The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Robert J. Roche, an individual,

   vs.

Werner Co.; and New Werner Holding Co., Inc., foreign corporations doing business in Washington,

      Defendants.

Case No.: 2-25-cv-02109-JCC
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

This matter comes before the Court on Plaintiff's Motion For Leave To File Third Amended Complaint. Having considered the motion and the record herein, and finding good cause,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. Plaintiff shall file the Amended Complaint attached as Exhibit A within three (3) days of entry of this Order.

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT - 1

Robert J. Roche, Esq.
1918 E. Galer Street
Seattle, WA 98112

No: 2-25-cv-02109-JCC

3. Defendants shall respond to the Third Amended Complaint within the time permitted by the Federal Rules of Civil Procedure.

DATED this 9th day of February 2026.

_____

John C. Coughenour
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT - 2

Robert J. Roche, Esq.
1918 E. Galer Street
Seattle, WA 98112

No: 2-25-cv-02109-JCC