THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ROCHE,

               Plaintiff,

      v.

WERNER CO., *et al.*,

               Defendants.

CASE NO. C25-2109-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulated notice of dismissal from Plaintiff and Defendants Werner Co. and Werner Holdings, Inc. (Dkt. No. 33). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, all parties who have appeared have signed the stipulation. (*See* Dkt. No. 33 at 2.) Those parties nevertheless request that the Court enter an order in accordance with Rule 41(a)(2). (*See* Dkt. No. 33-1). No such order is required because under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

MINUTE ORDER
C25-2109-JCC
PAGE - 1

stipulation is self-executing.[1] Thus, in accordance with the stipulation, claims between Plaintiff and these defendants are DISMISSED with prejudice and without an award of costs.

As to the remaining defendant, KLI, Inc., Plaintiff has not filed an affidavit of service (in accordance with Rules 4(l), (m)). Thus, Plaintiff is ORDERED within 30 days to show cause why this action should not be closed and claims against this defendant DISMISSED without prejudice.

DATED this 19th day of March 2026.

Joshua C. Harris
Clerk of Court

s/Kathleen Albert
Deputy Clerk

---

[1] Although Rule 41 governs dismissal of an "action," the Ninth Circuit has held that a "plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

MINUTE ORDER
C25-2109-JCC
PAGE - 2